# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09cv0254 JM(AJB) |
| Plaintiff, | ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED ANSWER |
| vs. | |
| BETTYE JAN BAKER ADAIR, et al., | |
| Defendants. | |

Defendants Donald Findlay, Mark Fletcher, and Misty Fletcher move for leave to file an Amended Answer, in order to correct the amount stated in their original Answer and to attach as exhibits copies of documents purporting to support their directly traceable claims to Interpleaded Funds. No party has filed a response to the motion. As leave to amend is to be freely given, Fed.R.Civ.P. 15(a), the court grants the motion to file an amended answer. Moving Defendants shall separately file the Amended Answer within 10 days of entry of this order.

**IT IS SO ORDERED.**

DATED: July 15, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

- 1 -

09cv0254