AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

United States of America

**V.**                                   **JUDGMENT IN A CIVIL CASE**

Baker Adair, et al

**CASE NUMBER:**   09cv254-JM(AJB)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the The Receiver's Motions: (1) Approving and Adopting Receiver's Interim Verified Report; (2) Approving and Adopting Receiver' Recommendations for the Clerk of Court to Disburse Funds to Identified Individuals and Turn Over the Balance of the Funds to the Canada Class Action; (3) Approving and Allowing Receiver' Fees and Expenses; (4) Discharging the Receiver; and on July 15, 2010, the Receiver filed a supplemental verified report regarding five additions and corrections to the report, are granted and approved. The Clerk of the Court is ordered to issue a check to Richard M. Kipperman, Receiver, in the amount of $29,009.72 as full and final compensation for his fees and expenses as the receiver in this case. Richard M. Kipperman is hereby discharged as Receiver in this case........................
.............................................................................................................................................................
.............................................................................................................................................................
.............................................................................................................................................................

| August 16, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee

(By) Deputy Clerk

ENTERED ON August 16, 2010